NATHAN KATZ, Individually and Suing on Behalf of Himself and All Other Common Stockholders of R. HOE & Co., INC., Similarly Situated, Plaintiff, v. R. HOE & Co., INC., et al., Appellants, and ALFRED D. MARTIN, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [Order retaxed costs by striking specified item therefrom.]

∎

In the Matter of ZLOTA BACZKOWSKA, Respondent, against 2166 OPERATING CORP. et al., Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 867.]

∎

JOHN A. NELSON, Appellant, v. PHILIP BAUMEISTER et al., Respondents.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

∎

WINTHROP PRODUCTS CORPORATION et al., Appellants, v. BERNARD DAMSKY et al., Respondents.— The issue of reformation tendered by the counterclaim should be separately determined in advance of the submission to the jury of the issues involved in the complaint. (Winthrop Products Corp. v. Damsky, 275 App. Div. 755.) Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

∎

SAUL STRONE et al., Respondents, v. HUDSON TRANSIT LINES, INC., et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [Order restored action to Ready Day Calendar.]

∎

WALTER B. NICORA et al., Respondents, v. SIDNEY M. LEVY et al., Defendants, and ROSEMARY WILLIAMSON, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

∎

In the Matter of the Arbitration between LOU SCHNEIDER, INC., Appellant, and CROWN MANUFACTURING COMPANY, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.